IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALVA J. RODRIGUEZ,<br>    *Plaintiff,*<br><br>vs.<br><br>EMBASSY SUITES MANAGEMENT, LLC;<br>EMBASSY SUITES EMPLOYER, LLC;<br>HILTON HOTEL EMPLOYER, LLC;<br>JDHQ HOTELS LLC;<br>ATRIUM HOTEL, LP; Individually and d/b/a<br>EMBASSY SUITES BY HILTON<br>SAN MARCOS HOTEL CONFERENCE CENTER,<br>    *Defendants.* | Civil Action No. 1:23-cv-1240 |

## DEFENDANTS' NOTICE OF REMOVAL

Embassy Suites Management, LLC, Embassy Suites Employer, LLC, Hilton Hotel Employer, LLC, JDHQ Hotels LLC, Atrium Hotel, LP, file this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441.

1. Pursuant to 28 U.S.C. §§ 1441, *et seq.*, this civil action is removed from the 22nd Judicial District of Hays County, Texas, where this matter was pending as Cause No. 23-2330, styled *Alva J. Rodriguez v. Embassy Suites Management, LLC, Embassy Suites Employer, LLC, Hilton Hotel Employer, LLC, JDHQ Hotels LLC, Atrium Hotel, LP, individually and D/B/A Embassy Suites by Hilton San Marcos Hotel Conference Center*.

2. This is a lawsuit alleging personal injury resulting from an alleged dangerous condition on premises purportedly owned or operated by Defendants. *See Plaintiff's Original Petition*, at 4-7. Plaintiff brought this action on September 7, 2023.

3.     Removal is timely as Defendants received service of process on September 14, 2023.  This removal is timely because it is filed less than 30 days after Defendants were served.  28 U.S.C. § 1446.

4.     Removal is predicated under diversity of citizenship.  28 U.S.C. §§ 1332, 1441.  Plaintiff Rodriguez is a citizen of Texas.

5.     Defendant Embassy Suites Management, LLC is a Delaware corporation with its principal place of business in Virginia.  This defendant is a limited liability company and none of its members are citizens of Texas.  Rather its members are citizens of Delaware.

6.     Defendant Embassy Suites Employer, LLC is a Delaware corporation with its principal place of business in Virginia.  This defendant is a limited liability company and none of its members are citizens of Texas.  Rather its members are citizens of Delaware.

7.     Defendant Hilton Hotel Employer, LLC is a Delaware corporation with its principal place of business in Virginia.  This defendant is a limited liability company and none of its members are citizens of Texas.  Rather its members are citizens of Delaware.

8.     Defendant JDHQ Hotels, LLC is a Delaware corporation with its principal place of business in Arizona.  This defendant is a limited liability company and none of its members are citizens of Texas.  Rather its members are citizens of Delaware.

9.     Defendant Atrium Hotel, LP does not exist.  However, the manager of the day-to-day operations of the hotel at issue is Atrium Hospitality, LP, a Delaware limited partnership with its principal place of business in Georgia.  No partner is a citizen of the State of Texas.

10.    The amount in controversy is alleged to be over $250,000. *See Plaintiff's Original Petition*, at 3.  This exceeds $75,000.00.

11. This action may be removed pursuant to 28 U.S.C. § 1441(b) because Defendants are not forum citizens. This action is removable to this Court and the venue is proper because the United States District Court and Division embrace the place where the State Court Action was pending. 28 U.S.C. §§ 124(a)(1), 1441(a).

12. Defendants have attached to this Notice of Removal the Documents required by 28 U.S.C. §1446(a). *See Appendix*.

13. Defendant retains the right to supplement the jurisdictional allegations by affidavit, declaration, or otherwise should Plaintiff challenge the allegations in a motion or remand or other filing.

14. In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to all parties and to the Clerk of the 22nd Judicial District of Hays County, Texas.

15. Plaintiff has demanded a jury trial in the State Court Action.

16. Trial has not commenced in the State Court Action.

17. Since diversity jurisdiction exists over Plaintiff's claim as set forth in Plaintiff's Original Petition, Defendants desire and are entitled to remove the lawsuit filed in the 22nd Judicial District of Hays County, Texas to the United States District Court for the Western District of Texas, Austin Division.

**WHEREFORE, PREMISES CONSIDERED,** Defendant Embassy Suites Management, LLC, Embassy Suites Employer, LLC, Hilton Hotel Employer, LLC, JDHQ Hotels LLC, and Atrium Hotel, LP, pursuant to and in conformance with the statutory requirements, removes this action from the 22nd Judicial District of Hays County, Texas to this Court.

Respectfully submitted,

By: _____
**DAVID J. METZLER**
Texas Bar No. 13982550
dmetzler@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX  75202-3746
(214) 672-2167 (Tel)
(214) 672-2020 (Fax)
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 13, 2023, a true and correct copy of the foregoing document was filed with the court utilizing the court's e-filing system and a copy of same was sent via Certified Mail to all counsel of record.

_____
**DAVID J. METZLER**